USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

LESHAWN DAWSON,

                Plaintiff,

      -against-

SPORTSMAN'S GUIDE, LLC,

                Defendants.

--------------------------------------------------------------- x

1:19-CV-1496(ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 13, 2019, Defendant The Sportsman's Guide filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss. On July 19, 2019, Plaintiff filed a response and requested leave to amend his complaint. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

| | |
|---|---|
| Plaintiff's Amended Complaint: | February 27, 2020 |
| Defendant's Motion to Dismiss: | March 26, 2020 |
| Plaintiff's Opposition: | April 23, 2020 |
| Defendant's Reply, if any: | May 7, 2020 |

**SO ORDERED.**

**Dated:** February 6, 2020

       New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**