UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

        Plaintiffs,

- against -

THE SPORTSMAN'S GUIDE, LLC,

        Defendant.

------------------------------------------------------------------------x

Civil Action No.

1:19-CV-01496 (ALC)

**NOTICE OF MOTION TO DISMSS**

Defendant The Sportsman's Guide, LLC ("SG"), moves this Court for an order dismissing the Complaint in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). This motion is based on the accompanying memorandum of law and supporting documentation, exhibits, the files, records, and proceedings herein, and the arguments of counsel.

Dated: March 20, 2020

                        **FARRELL FRITZ, P.C.**

                        By: /s/ Matthew D. Donovan
                        Matthew D. Donovan
                        622 Third Avenue, Suite 37200
                        New York, NY  10017
                        Tel.:  (212) 687-1230

                        - and -

                        Patrick J. Rooney (Admitted *Pro Hac Vice*)
                        Schaan P. Barth (Admitted *Po Hac Vice*)
                        **FAFINSKI MARK & JOHNSON, P.A.**
                        Flagship Corporate Center
                        775 Prairie Center Drive, Suite 400
                        Eden Prairie, MN  55344
                        Tel.: (952) 995-9500

                        *Attorneys for Defendant*
                        *Sportsman's Guide, LLC*

TO: All Counsel of Record (By ECF)

FF\9268036.1