UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>  against -<br><br>THE SPORTSMAN'S GUIDE, LLC,<br><br>                                        Defendant. | Civil Action No.<br>1:19-CV-01496 (ALC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff LeShawn Dawson ("Plaintiff") and Defendant The Sportsman's Guide, LLC ("Defendant"), acting through their respective attorneys, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned matter, with each party to bear his/its own attorneys' fees and costs.

Dated:  5/18/2020

_____

Joseph H. Mizrahi
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201

-and-

**GOTTLIEB & ASSOCIATES**
Jeffrey M. Gottlieb (JG7905)
Dana L. Gottlieb (DG6151)
150 East 18th Street, Suite PHR
New York, NY 10003-2461
Tel.: (212) 228-9795

**ATTORNEYS FOR PLAINTIFF**

Dated:

_____

Matthew D. Donovan (MD2940)
**FARRELL FRITZ, P.C.**
622 Third Avenue, Suite 37200
New York, NY 10017
-and-

Patrick J. Rooney (MN Bar #198274)
(admitted *pro hac vice*)
Schaan P. Barth (MN Bar #0397898)
(admitted *pro hac vice*)
**FAFINSKI MARK & JOHNSON, P.A.**
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

**ATTORNEYS FOR DEFENDANT
THE SPORTSMAN'S GUIDE, LLC**